UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LARRY KREBS,

       Plaintiff,

  v.              9:08-CV-255

ELLIOT SPITZER, et al.,

       Defendants.
_____

APPEARANCES:         OF COUNSEL:

FOR THE PLAINTIFF:

LARRY KREBS, *pro se*


NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 14th day of April 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  ORDERED, that:

  1. The Report-Recommendation is hereby adopted in its entirety.

  2. The plaintiff's claims pursuant to state law, the Eighth Amendment, and the *ex post facto* clause are dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The plaintiff is afforded the opportunity to choose to proceed with his remaining due process claims under *either* section 1983 or section 2254 as directed in the Report-Recommendation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: May 7, 2008
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge